# Third District Court of Appeal

## State of Florida

Opinion filed May 15, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-598
Lower Tribunal No. 17-672
_____

## The School Board of Miami-Dade County, Florida,
Appellant,

vs.

## The City of Miami Beach, Florida,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Alvarez, Winthrop, Thompson & Storey, P.A., and Susan M. Seigle (Gainesville); Walter J. Harvey, School Board Attorney, and Jeff James, Assistant School Board Attorney, for appellant.

Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., and Michael T. Burke (Fort Lauderdale), for appellee.

Before SALTER, LOGUE, and MILLER, JJ.

ON MOTION TO DISMISS

PER CURIAM.

The motion to dismiss for lack of jurisdiction is granted. See Dep't of Children & Families v. Feliciano, 259 So. 3d 957, 958 (Fla. 3d DCA 2018), pet. pending, SC18-2146 (Fla. Dec. 27, 2018); Miami-Dade Cnty. v. Pozos, 242 So. 3d 1152 (Fla. 3d DCA 2017), reh'g denied, 242 So. 3d 540 (Fla. 3d DCA 2018) (Rothenberg, C.J., dissenting), pet. pending, SC18-1118 (Fla. July 6, 2018). But see, Fla. Highway Patrol v. Jackson, 238 So. 3d 430, 431 (Fla. 1st DCA 2018), pet. pending, SC18-468 (Fla. Mar. 23, 2018).

Dismissed.